## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ULUGBEK BADALOV**, *Petitioner,* <br><br> v. <br><br> **JAMAL L. JAMISON, Warden of Philadelphia Federal Detention Center; JOHN RIFE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement;** *Respondents.* | **Civil No. 26-2663** |

## ORDER

**AND NOW**, this 27th day of April, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Ulugbek Badalov and all corresponding briefing, it is hereby **ORDERED** as follows:

1.      The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.      Badalov is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.      The Government shall **RELEASE** Badalov from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on April 28, 2026.

4.      The Government is temporarily enjoined from re-detaining Badalov for seven days following his release from custody.

5.      If the Government chooses to pursue re-detention of Badalov after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.